**SO ORDERED.**

**SIGNED this 6th day of October, 2021.**



_____
UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In re:
WENDY BIVENS,                                             Bankruptcy Case No. 14-80841
          Debtor.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
WENDY BIVENS,
          Plaintiff,           Adversary Proceeding No. 20-09018
v.
NEWREZ LLC f/k/a NEW PENN
FINANCIAL, LLC and d/b/a SHELLPOINT
MORTGAGE SERVICING and
CITIMORTGAGE, INC.,
          Defendants.

### ORDER ON CITIMORTGAGE, INC'S MOTION TO COMPEL

This matter came before the Court September 23, 2021 on the Defendant CitiMortgage, Inc.'s Motion to Compel Response to Discovery [Doc #56].  At the hearing, Koury L. Hicks appeared for the Plaintiff.  No other parties appeared or responded.  Based on the agreement of counsel for the Plantiff and the Defendant CitiMortgage Inc.,  it is

**ORDERED** that the Defendant CitiMortgage Inc.'s Motion to Compel is denied without prejudice.

END OF ORDER

## **DEPUTY CLERK'S SERVICE LIST**

Donald Pocock
Donald.pocock@nelsonmullins.com
*Counsel for Defendant CitiMortgage, Inc.*
*CM/ECF*


William P. Miller
bancm_ecf@ncmba.uscourts.gov
*Bankruptcy Administrator*
*CM/ECF*

Koury L. Hicks
khicks@johnorcutt.com
Counsel for the Plaintiff
CM/ECF

Craig Shapiro
cshapiro@johnorcutt.com
Counsel for the Plaintiff
CM/ECF